Simon J. Dunstan (#164113)
**HUGHES & DUNSTAN, LLP**
Suite 1960
21650 Oxnard Street
Woodland Hills, California 91367
T. (818) 715-9557
F. (818) 715-9559

Attorneys for Debtor,
OSCAR W. DESHIELDS, JR.,

**FILED & ENTERED**

**SEP 12 2012**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY pgarcia    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT **CHANGES MADE BY COURT**

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>OSCAR W. DESHIELDS, JR.,<br><br>    Debtor. | Case No.: 1:11-bk-15939-VK<br><br>Chapter 7<br><br>**ORDER ON MOTION TO REOPEN CHAPTER 7 CASE TO ALLOW HEARING MOTION TO VACATE DISCHARGE AND APPROVE REAFFIRMATION AGREEMENT** |

Having considered the Motion to Reopen Chapter 7 Case to Allow Motion to Vacate Discharge and Approve Reaffirmation Agreement, the records and pleadings on file in this case and such other matters were deemed just and proper, and finding that notice of the motion was proper, that no objection to the motion was timely made and good cause appearing therefore,

IT IS HEREBY ORDERED that the Motion to Reopen Chapter 7 Case to Allow Motion to Vacate Discharge and Approve Reaffirmation Agreement shall be and hereby is granted in its entirety.

//

//

//

//

---

1

ORDER ON MOTION TO REOPEN

IT IS HEREBY FUTHER ORDERED that the Chapter 7 Case shall be and hereby is reopened for the purpose of allowing the Debtor to file a motion to approve a reaffirmation agreement for the loan against his primary vehicle.

*IT IS FURTHER ORDERED, that the Debtors' discharge is waived solely with respect to any debts that are the subject of Court-approved reaffirmation agreement(s), but only if the Court approves such reaffirmation agreement(s).*

*IT IS FURTHER ORDERED, that the reaffirmation agreement with Ford Motor Credit Company, LLC must be filed within 30 days from the entry of this order.*

*IT IS FURTHER ORDERED, that unless the reaffirmation hearing is pending, the case shall be re-closed after the expiration of 90 days from the entry of this Order.*

###

DATED: September 12, 2012

United States Bankruptcy Judge

| In re:<br>OSCAR W. DESHIELDS, JR. | Case No. : 1:11-bk-15939-VK<br>Chapter: 7 |
|---|---|

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 21650 Oxnard Street, Suite 1960, Woodland Hills, CA  91367.

A true and correct copy of the foregoing document described as **ORDER ON MOTION TO REOPEN CHAPTER 7 CASE TO ALLOW HEARING MOTION TO VACATE DISCHARGE AND APPROVE REAFFIRMATION AGREEMENT**  will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On August 11, 2012, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
Kelly M. Raftery:   bknotice@mccarthyholthus.com; Richard S. Ralston: richardr@w-legal.com; Darlene C. Vigil: cdcaecf@bdfgroup.com;    mrdiscpc@discover.com;    ustpregion16.wh.ecf@usdoj.gov;    Marisol A. Nagata: cdcaecf@bdfgroup.com; Nancy J. Zamora: zamora3@aol.com

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:** On August 11, 2012 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Honorable Victoria Kaufman, United States Bankruptcy Judge, Room 301, 21041 Burbank Boulevard, Woodland Hills, California 91367

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| • Simon j. Dunstan | /s/ Simon J. Dunstan |
|---|---|
| Date: August 11, 2012        Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2010* **F 9013-3.1**

___

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER ON MOTION TO REOPEN CHAPTER 7 CASE TO ALLOW HEARING MOTION TO VACATE DISCHARGE AND APPROVE REAFFIRMATION AGREEMENT**   was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of August 11, 2012, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Kelly M. Raftery:  bknotice@mccarthyholthus.com; Richard S. Ralston: richardr@w-legal.com; Darlene C. Vigil: cdcaecf@bdfgroup.com;    mrdiscpc@discover.com;    ustpregion16.wh.ecf@usdoj.gov;    Marisol    A.    Nagata: cdcaecf@bdfgroup.com; Nancy J. Zamora: zamora3@aol.com

☐    Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐    Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐    Service information continued on attached page

_____